# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2449 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 25 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 71352 |
| | : | |
| JAMES A. HICKEY, | : | (Lehigh County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 21st day of October, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and James A. Hickey is suspended on consent from the Bar of this Commonwealth for a period of five years, retroactive to March 8, 2018. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).